JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE STONE,<br><br>        Plaintiff,<br><br>        v.<br><br>PARAGON SYSTEMS, INC., dba PARASYS, INC.<br><br>        Defendant. | Case No. CV 15-7715 FMO (AJWx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Motion for Summary Judgment, issued contemporaneously with the filing of this Judgment, IT IS ADJUDGED that the above-captioned action is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 13th day of September, 2017.

                                                      /s/
                                       Fernando M. Olguin
                                   United States District Judge